1  André E. Jardini (State Bar No. 71335)
   aej@kpclegal.com
2  KNAPP, PETERSEN & CLARKE
   500 North Brand Boulevard, 20th Floor
3  Glendale, California 91203-1904
   Telephone: (818) 547-5000
4  Facsimile: (818) 547-5329

5  Glen Robert Bregman, Esq.  State Bar No. 100363
   glenbregmanlaw@aol.com
6  LAW OFFICES OF GLEN ROBERT BREGMAN
   16633 Ventura Boulevard
7  Suite 1240
   Encino, CA 91436
8  Telephone: (818) 981-9793
   Facsimile: (818) 981-9807
9
   Michael S. Duberchin, Esq. (State Bar No. 108338
10 msdlaw@earthlink.net
   LAW OFFICES OF MICHAEL S. DUBERCHIN
11 500 North Brand Boulevard, 20th Floor
   Glendale, California 91203-1904
12 Telephone: (818) 246-8487
   Facsimile: (818) 246-6277
13
   Attorneys for Plaintiff
14 DANIEL FORRAND, on behalf of himself, and all
   others similarly situated

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, <br>20  EUGENE COLON, on behalf of themselves, and all others similarly <br>21  situated, <br>22           Plaintiffs, <br>23       v. <br>24  FEDERAL EXPRESS CORPORATION, <br>25           Defendant. | NO.  C07-4674 JCS <br><br>Hearing Judge:  The Hon. Joseph C. Spero <br><br>E-Filing <br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE <br><br>CLASS ACTION |

26

27 ////

28

-1-

544036.1  08000/00863

**KNAPP, PETERSEN & CLARKE**

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
2  JUDGE:

3  The undersigned party hereby declines to consent to the assignment of this
4  case to a United States Magistrate Judge for trial and disposition and hereby requests
5  the reassignment of this case to a United States District Judge.

7  Dated: October 30, 2007                    KNAPP, PETERSEN & CLARKE

                                              By: _____
                                              André E. Jardini
                                              Attorneys for Plaintiffs DANIEL
                                              FORRAND, ARA KARAMIAN,
                                              YVETTE GREEN, EUGENE
                                              COLON, on behalf of themselves,
                                              and all others similarly situated

KNAPP,
PETERSEN
& CLARKE

-2-

544036.1  08000/00863

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 500 North Brand Boulevard, 20th Floor, Glendale, California 91203-1904. On October 30, 2007, I caused the foregoing document(s) described as DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE to be served on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelope(s) addressed as stated below:

CT Corp. Systems
Agent for Service of Process
800 S. Gay Street
Knoxville, TN  37929

[X]  **BY FED EX:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard Federal Express delivery procedures.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2007, at Glendale, California.

_____Mindy Menahen_____           _Mindy Menahen_
(Type or print name)                              (Signature)

544369.1  08000/00863