| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Knapp Petersen & Clarke SBN 71335<br>500 N Brand Blvd Fl 20<br>Glendale    CA    91203 | (818) 547-5000 | |
| ATTORNEY FOR (Name    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
FORRAND V. FEDERAL EXPRESS

| 1234819 | (HEARING) Date | Time | Dept | Case Number:<br>C074674JCS |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>8000-821 |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL CASE & COMPLAINT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; PUBLIC NOTICE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES; CIVIL CASE COVER SHEET

ON: Federal Express Corporation, By Serving CT Corp.
    Systems, as Agent for Service

AT: 800 S Gay St
    Knoxville    TN    37929

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

BECKY CARTER, SERVICE OF PROCESS SPECIALIST,
AUTHORIZED TO RECEIVE; CAUCASIAN FEMALE, 25YRS, 5'8" 120LBS, BROWN HAIR

ON   10/18/2007   AT   1:55:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: **Jennifer Plott**   Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $124.90
e. I am:
  (1) X  not a registered California process server:
  (3)    registered California process server:
    (i) Independant Contractor
    (i) Registration No:  Not A California
    (i) County:   Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/23/2007

X _____
           SIGNATURE

## PROOF OF SERVICE