SANDRA C. ISOM, Bar No. 157374
E-mail: scisom@fedex.com
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building "B", Third Floor
Memphis, Tennessee 38125
Telephone: 901/434-8526
Fax No.:    901/434-9271

KEITH A JACOBY, Bar No. 150233
E-mail: kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone: 310/553-0308
Fax No.:    310/553-5583

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. 3:07-CV-04674-MMC<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES**<br><br>[Civil L. R. 7.1-1] |

Pursuant to Civil L. R. 7.1-1, the undersigned, counsel of record for Defendant Federal Express Corporation, certifies that the following listed parties, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or is a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

      a.    Plaintiffs Daniel Forrand, Ara Karamian, Yvette Green and Eugene Colon – former employees of Federal Express Corporation;

      b.    Federal Express Corporation – plaintiff's former employer; and

      c.    FedEx Corporation – parent corporation of Federal Express Corporation which is publicly traded.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: November 9, 2007

s/ Sandra C. Isom
SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

2.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2007, I electronically filed Defendant Federal Express Corporation's Notice of Pendency of Other Actions Pursuant to Local Rule 3-13 with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Andre E. Jardini, Esq.**
**KNAPP, PETERSEN & CLARKE**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**
**aej@kpclegal.com**

**Michael S. Duberchin, Esq.**
**LAW OFFICES OF MICHAEL S. DUBERCHIN**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**
**msdlaw@earthlink.net**

**Glen Robert Bregman, Esq.**
**LAW OFFICES OF ROBERT BREGMAN**
**16633 Ventura Blvd., Ste. 1240**
**Encino, CA 91436**
**glenbregmanlaw@aol.com**

**Keith A. Jacoby, Esq.**
**LITTLER MENDELSON**
**2049 Century Park East, 5th Floor**
**Los Angeles, CA 90067-3107**
**kjacoby@littler.com**

**s/ Sandra C. Isom**
**SANDRA C. ISOM, Bar No. 157374**
**Attorney for Defendant**
**Federal Express Corporation**
**3620 Hacks Cross Road**
**Building B, Third Floor**
**Memphis, TN 38125**
**Tel. No. (901)434-8526**
**Email: scisom@fedex.com**

Doc #695963