SANDRA C. ISOM, Bar No. 157374
E-mail: scisom@fedex.com
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone: 901/434-8526
Fax No.: 901/434-9271

KEITH A JACOBY, Bar No. 150233
E-mail: kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: 310/553-0308
Fax No.: 310/553-5583

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. 3:07-CV-04674-MMC<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO LOCAL RULE 3-13** |

Pursuant to the Northern District of California Local Rule 3-13, Defendant Federal Express Corporation ("FedEx") hereby avers that, to its knowledge, there is one other pending action that involves all or a material part of the same subject matter and all or substantially all of the same parties as other actions pending in the United States District Court for the Central District of California (Los Angeles), entitled *Vincent Brown, et al. v. Federal Express Corporation,* No. 2:07-

Def. FEC's Notice of Pendency of Other
Actions Pursuant to Local Rule 3-13

CV-05011 DSF (PJW) (Brown), and asserted as a class action for wage and hour claims asserted under California law for nonpayment of wages and unfair business practices, purporting to represent all hourly non-exempt California-based FedEx employees (which presumably includes couriers). There is another action which is pending in the United States District Court for the Northern District of California (San Francisco), entitled *Paul Bibo, et al. v. Federal Express, Inc.*, No. 3:07cv02505 TEH (Bibo).

Further, another matter that involved all or a material part of the same subject matter and all or substantially all of the same parties as this action, *Jack Foster et al. v. Federal Express Corporation*, Los Angeles Superior Court Case No. BC 282300 (Foster), was certified as a class action on behalf of California-based couriers and customer service agents for alleged violations of California wage and hour laws. That matter received final approval and was dismissed and closed on November 9, 2006.

Further, Plaintiffs Karamian, Green and Colon purported to represent an identical class on identical claims in *Karamian, et al. v. Federal Express Corporation*, Case No. CV-06-4345 DSF (PJWx) in the United States District Court, Central District of California which was ordered on September 5, 2007 not to proceed as a class action due the Plaintiffs' unexcused failure to meet the Court's deadline for moving for class certification by February 26, 2007.

This instant action involves the same potential class members and claims for alleged violations of California wage and hour laws as asserted in the *Brown, Bibo*, *Foster* and *Karamian* matters. Specifically, each case alleged in substantial and material part, failure to pay for time worked and break violations.

A motion to transfer, coordinate, and/or consolidate is appropriate to avoid conflicts in factual and legal determinations, conserve resources, and promote an efficient determination of

1 the action. Alternatively, transfer pursuant to Title 28 U.S.C. §1407 (Multi-District Litigation) may be appropriate.

FedEx intends to file such a motion to transfer this matter to the Central District of California, wherein the previously-filed *Brown* matter is pending and wherein the Karamian matter was recently dismissed.

Dated: November 9, 2007

                                                s/ Sandra C. Isom
SANDRA C. ISOM, ESQ. Bar No. 157374
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2007, I electronically filed Defendant Federal Express Corporation's Notice of Pendency of Other Actions Pursuant to Local Rule 3-13 with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Andre E. Jardini, Esq.**
**KNAPP, PETERSEN & CLARKE**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**
**aej@kpclegal.com**

**Michael S. Duberchin, Esq.**
**LAW OFFICES OF MICHAEL S. DUBERCHIN**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**
**msdlaw@earthlink.net**

**Glen Robert Bregman, Esq.**
**LAW OFFICES OF ROBERT BREGMAN**
**16633 Ventura Blvd., Ste. 1240**
**Encino, CA 91436**
**glenbregmanlaw@aol.com**

**Keith A. Jacoby, Esq.**
**LITTLER MENDELSON**
**2049 Century Park East, 5th Floor**
**Los Angeles, CA 90067-3107**
**kjacoby@littler.com**

**s/Sandra C. Isom**
**Sandra C. Isom, Esq.**
**Attorney for Defendant**
**Federal Express Corporation**
**3620 Hacks Cross Road**
**Building B, Third Floor**
**Memphis, TN 38125**
**Tel. No. (901)434-8526**
**Email: scisom@fedex.com**

Doc #695952

Def. FEC Notice of Pendency of Other Actions (L.R. 3-13)