# Exhibit A

**for Defendant Federal Express Corporation's Answer to Plaintiffs' Amended Complaint C07-4674 MMC**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL



PRIORITY SEND

| | |
|---|---|
| Case No: CV 06-4345 DSF (PJWx) | Date: September 5, 2007 |

Title: Ara Karamian, et al. v. Federal Express Corporation, et al.

Present: The Honorable DALE S. FISCHER, United States District Judge

| Paul D. Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Plaintiffs' Motion for Clarification or to Amend Scheduling Order

    The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for September 10, 2007 is removed from the Court's calendar.

    On October 2, 2006, this Court held a scheduling conference attended by Andre Jardini on behalf of Plaintiffs and Keith Jacoby and Sandra Isom on behalf of Defendant. The Court began its discussion of scheduling by reminding Plaintiffs' counsel that class certification motions must be filed as soon as reasonably possible. Plaintiffs' counsel represented that the class discovery could be accomplished within 60 to 75 days. In response to the Court's inquiry concerning when Plaintiffs' counsel would be able to file his motion for class certification, counsel stated: "I would think by the middle of February."

    The Court then made a very specific order concerning class certification:
> The Motion for Class Certification is to be filed no later than February 26th, 2007. The opposition is to be filed no later than March 19th. The reply is to be filed no later than April 9th. The hearing will be April 23rd.

The Court further advised counsel concerning what to do if they needed to extend those dates. The Court then set other dates pertaining to trial and pretrial matters, and indicated: "You'll be getting an extensive written order detailing what needs to be done by each of these dates." As to motions, the Court stated: "Last date for hearing motions other than the class certification motion, October 15, 2007." The written order later issued by the Court was obviously a standard order providing trial and pretrial dates, and makes no mention of class certification.

    No reasonable attorney could have concluded that he had until October 15, 2007 to file a class certification motion. No clarification is necessary or appropriate.



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

**PRIORITY SEND**

On January 19, 2007, Plaintiffs' counsel was reminded by Defendant's counsel of the impending class certification deadline. Nevertheless, Plaintiffs' counsel took no action to "clarify" the Court's order until August 20, when this motion was filed. Plaintiffs' counsel has failed to act diligently to certify the class. No "good cause" exists to amend the scheduling order.

The motion to amend is DENIED.

As no motion for class certification has been or will be filed, this case will proceed as an individual action.

Initials of Preparer: _____

Exhibit A
Page 2