SANDRA C. ISOM, Bar No. 157374
E-mail: scisom@fedex.com
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building "B", Third Floor
Memphis, Tennessee 38125
Telephone: 901/434-8526
Fax No.: 901/434-9271

KEITH A JACOBY, Bar No. 150233
E-mail: kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310/553-0308
Fax No.: 310/553-5583

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. 3:07-CV-04674-MMC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ON DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO TRANSFER VENUE**<br><br>**(28 U.S.C. §1404(a))**<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor<br><br>CMC: To be Set<br>Trial Date: To be Set |

Attached hereto is a proposed Order submitted by Defendant Federal Express Corporation ("FedEx"), through its undersigned counsel, granting a transfer of venue of this matter.

[Proposed] Order on Defendant Federal Express Corporation's Motion to Transfer

Case No. C 07-4674 MMC

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: November 13, 2007 | s/ Sandra C. Isom |
| 4 | | SANDRA C. ISOM, Bar No. 157374 |
| | | FEDERAL EXPRESS CORPORATION |
| 5 | | and |
| 6 | | KEITH A. JACOBY |
| | | LITTLER MENDELSON |
| 7 | | A Professional Corporation |
| 8 | | Attorneys for Defendant |
| | | FEDERAL EXPRESS CORPORATION |

Defendant Federal Express Corporation's [Proposed] Order on Motion to Transfer Venue
Page 2

431654/465423/701348/V1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. 3:07-CV-04674 MMC<br><br>**ORDER ON DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO TRANSFER VENUE**<br><br>**(28 U.S.C. §1404(a))**<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor<br><br>CMC: To be Set<br>Trial Date: To be Set |

Before the Court is Defendant's Motion for Transfer of Venue to the United States District Court for the Central District of California.

Applying the criteria of <u>Decker Coal v. Commonwealth Edison Co.</u>, 805 F.2d 834, 843 (9th Cir. 1986) the Court finds the interests of justice will be better served by the transfer of this matter to the Central District under the facts herein.

Having reviewed the relevant pleadings, the Court GRANTS Defendant's Motion.

It is hereby ordered that this matter shall be transferred to the United States District Court for the Central District of California (Los Angeles) pursuant to Title 28 U.S.C. 1404(a) and Local Rule 3-14.

IT IS SO ORDERED THIS ____ day of _____, 2007.

_____
Maxine M. Chesney
United States District Judge

Defendant Federal Express Corporation's [Proposed] Order on Motion to Transfer Venue
Page 3

431654/465423/701348/V1