SANDRA C. ISOM, Bar No. 157374
E-mail: scisom@fedex.com
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building "B", Third Floor
Memphis, Tennessee 38125
Telephone: 901/434-8526
Fax No.: 901/434-9271

KEITH A JACOBY, Bar No. 150233
E-mail: kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310/553-0308
Fax No.: 310/553-5583

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. 3:07-CV-04674-MMC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LYDIA LANGBEIN IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO TRANSFER VENUE** |

I, Lydia P. Langbein, declare and state as follows:

1. I am a paralegal employed by Federal Express Corporation (FedEx). I make this Declaration in support of Defendant Federal Express Corporation's Motion to Transfer Venue. I am a Custodian of Records and have personal knowledge of the facts set forth in this Declaration and, except as stated herein on information and belief, and if called as a witness, I could and would testify competently to each fact.

1      2.      A purported class action seeking to represent the identical employees on the same claims as the instant action was recently ordered not to proceed as a class action in the United States District Court, Central District of California in Case No. CV-06-4345 DSF (PJWx), *Karamian, et al. v. Federal Express Corporation.* A copy of the original Amended Complaint and Civil Minutes of February 26, 2007, are attached hereto as Exhibit A. On October 30, 2007 the case was dismissed.

3.      A purported class action seeking to represent all hourly nonexempt California employees (which includes RTD drivers and couriers) and alleging unpaid wages and violations of California wage and hour laws is pending in the Central District of California, entitled *Brown, et. al. v. Federal Express Corp.*, Case No. CV 07 5011 DSF (PJWx), filed May 31, 2006. A conformed copy of the original Complaint is attached hereto as Exhibit B.

4.      The PRISM employee history records of FedEx employees reflect that Plaintiff Yvette G. Green was employed as a Customer Service Agent (Service Agent) from October 7, 1985 to May 27, 2004 and from May 22, 2005 to July 28, 2005 when she resigned her employment. A true copy is attached hereto as Exhibit C.

5.      The PRISM employee history records of FedEx employees reflect that Plaintiff Ara Karamian was employed as a Manager, Station Operations from April 16, 2003 until his discharge on November 5, 2005. A true copy is attached hereto as Exhibit D.

6.      Attached hereto as Exhibit E is a true copy of an order of the Honorable Dale S. Fischer entered on September 5, 2007, in which the class claims of Plaintiffs Karamian, Colon, and Green were ordered not to proceed for their unexcused and unreasonable failure to meet the Court's deadline for moving for class certification by February 26, 2007.

7.      Attached as Exhibit F is a true copy of the Judgment of Dismissal in the *Karamian* action dated October 30, 2007.

8.      Attached hereto as Exhibits G and H are true copies of the Declarations of Robert F. Molinet and Kathryn R. Young filed in the *Karamian* action.

9.      According to statistical reports obtained from www.uscourt.gov regarding the federal judiciary available for the twelve month period ending September 30, 2006, there were more

1  actions pending per judgeship in the Northern District than in the Central District. Attached hereto
2  as Exhibits I and J are Judicial Caseload Profile Reports for the Northern and Central District Courts
3  of California. As noted in the reports, there were 583 cases pending per judgeship in the Northern
4  District and 443 cases pending per judgeship in the Central District for a difference of 140 cases per
5  judgeship. The reports also reflect that the median time to trial is also about three months shorter in
6  the Central District (21.3 months v. 25 months).

8        I declare under the penalty of perjury that the foregoing is true and correct.
9        Executed this 13th day of November, 2007 at Memphis, Tennessee.

12                       s/Lydia P. Langbein
                      LYDIA P. LANGBEIN

**PROOF OF SERVICE**

**STATE OF TENNESSEE, COUNTY OF SHELBY**

I hereby certify that on November 13, 2007, I electronically filed **DECLARATION OF LYDIA LANGBEIN IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO TRANSFER VENUE** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Andre E. Jardini, Esq.**
**KNAPP, PETERSEN & CLARKE**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**
**aej@kpclegal.com**

**Michael S. Duberchin, Esq.**
**LAW OFFICES OF MICHAEL S. DUBERCHIN**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**
**msdlaw@earthlink.net**

**Glen Robert Bregman, Esq.**
**LAW OFFICES OF ROBERT BREGMAN**
**16633 Ventura Blvd., Ste. 1240**
**Encino, CA 91436**
**glenbregmanlaw@aol.com**

**Keith A. Jacoby, Esq.**
**LITTLER MENDELSON**
**2049 Century Park East, 5th Floor**
**Los Angeles, CA 90067-3107**
**kjacoby@littler.com**

  s/Sandra C. Isom
**Sandra C. Isom, Esq.**
**Attorney for Defendant**
**Federal Express Corporation**
**3620 Hacks Cross Road**
**Building B, Third Floor**
**Memphis, TN 38125**
**Tel. No. (901)434-8526**
**Email: scisom@fedex.com**