# Exhibit C

```
NEXT SCREEN:           F E D E X      E X P R E S S              PEP116
                  *  *  *  *  *   P R I S M   *  *  *  *  *      11/12/07
                    EMPLOYEE HISTORY INFORMATION SCREEN          13:58:48

EMP: 38955      Yvette G. Green

 EFF DATE   TYPE
 07/28/05   RSG   BASE SALARY:         11.63      RSN:       RATE/PERIOD:  HR
                  JOB CODE:  F0017     JOB TITLE:  Service Agent/Non-DOT

 05/22/05   JS    BASE SALARY:         11.63      RSN: P     RATE/PERIOD:  HR
                  JOB CODE:  F0017     JOB TITLE:  SERVICE AGENT/NON-DOT

 03/07/05   S     BASE SALARY:         11.40      RSN: Q     RATE/PERIOD:  HR
                  JOB CODE:  R0015     JOB TITLE:  Handler (Non-DOT)

 10/13/04   CC    BASE SALARY:         11.18      RSN:       RATE/PERIOD:  HR
                  JOB CODE:  R0015     JOB TITLE:  Handler (Non-DOT)

 05/27/04   RHR   BASE SALARY:         11.18      RSN: R     RATE/PERIOD:  HR
                  JOB CODE:  R0015     JOB TITLE:  HANDLER (NON-DOT)

ENTER: HELP=CODES/INSTRUCTIONS, RETURN=PREVIOUS MENU, BYE=LOGOFF
PRESS ENTER TO DISPLAY ADDITIONAL HISTORY
```

**EXHIBIT C**

```
NEXT SCREEN:              F E D E X      E X P R E S S                PEP116
                      *  *  *  *  *   P R I S M  *  *  *  *  *        11/12/07
                       EMPLOYEE HISTORY INFORMATION SCREEN             13:58:52

EMP: 38955      Yvette G. Green

  EFF DATE   TYPE
  04/28/87   RSG    BASE SALARY:          10.77       RSN:       RATE/PERIOD: HR
                    JOB CODE:  F0017      JOB TITLE:  Service Agent/Non-Dot

  01/01/87   S      BASE SALARY:          10.77       RSN: V     RATE/PERIOD: HR
                    JOB CODE:  F0017      JOB TITLE:  Service Agent/Non-Dot

  12/28/86   S      BASE SALARY:          10.77       RSN: K     RATE/PERIOD: HR
                    JOB CODE:  R0017      JOB TITLE:  Service Agent/Non-Dot

  06/03/86   LOA    BASE SALARY:          10.46       RSN:       RATE/PERIOD: HR
                    JOB CODE:  R0004      JOB TITLE:  Service Agent

  05/01/86   L      BASE SALARY:          10.46       RSN:       RATE/PERIOD: HR
                    JOB CODE:  R0004      JOB TITLE:  Service Agent

ENTER: HELP=CODES/INSTRUCTIONS, RETURN=PREVIOUS MENU, BYE=LOGOFF
PRESS ENTER TO DISPLAY ADDITIONAL HISTORY - PF7 TO BACKPAGE.
```

2.

```
NEXT SCREEN:            F E D E X     E X P R E S S                PEP116
                  * * * * *   P R I S M   * * * * *                11/12/07
                    EMPLOYEE HISTORY INFORMATION SCREEN            13:58:55

EMP: 38955         Yvette G. Green

  EFF DATE   TYPE
  04/30/86    S     BASE SALARY:       10.46      RSN: B    RATE/PERIOD:  HR
                    JOB CODE:  R0004       JOB TITLE:  Service Agent

  03/30/86    S     BASE SALARY:       10.11      RSN: G    RATE/PERIOD:  HR
                    JOB CODE:  R0004       JOB TITLE:  Service Agent

  03/28/86    CC    BASE SALARY:        9.96      RSN:      RATE/PERIOD:  HR
                    JOB CODE:  R0004       JOB TITLE:  Service Agent

  10/30/85    S     BASE SALARY:        9.96      RSN: B    RATE/PERIOD:  HR
                    JOB CODE:  R0004       JOB TITLE:  Service Agent

  10/07/85    L     BASE SALARY:        9.14      RSN:      RATE/PERIOD:  HR
                    JOB CODE:  R0004       JOB TITLE:  Service Agent

ENTER: HELP=CODES/INSTRUCTIONS, RETURN=PREVIOUS MENU, BYE=LOGOFF
  END OF EMPL HIST DATA. PRESS ENTER TO DISPLAY MOST RECENT ITEM PF7-BACKPAGE
```

3.