# Exhibit D

```
NEXT SCREEN:              F E D E X      E X P R E S S              PEP116
                    * * * * *    P R I S M    * * * * *             11/12/07
                    EMPLOYEE HISTORY INFORMATION SCREEN             14:45:25

 EMP: 133017      Ara Karamian

  EFF DATE   TYPE
  11/01/05   TRM    BASE SALARY:      5140.00      RSN:       RATE/PERIOD:  MO
                    JOB CODE:   B7169      JOB TITLE:  Mgr Sta Ops/CDL/Vol

  04/16/05   S      BASE SALARY:      5140.00      RSN: M     RATE/PERIOD:  MO
                    JOB CODE:   B7169      JOB TITLE:  Mgr Sta Ops/CDL/Vol

  04/16/05   S      BASE SALARY:      5089.00      RSN: A     RATE/PERIOD:  MO
                    JOB CODE:   B7169      JOB TITLE:  Mgr Sta Ops/CDL/Vol

  04/16/04   S      BASE SALARY:      5039.00      RSN: M     RATE/PERIOD:  MO
                    JOB CODE:   B7169      JOB TITLE:  MGR STA OPS/CDL/VOL

  03/01/04   S      BASE SALARY:      4989.00      RSN: A     RATE/PERIOD:  MO
                    JOB CODE:   B7169      JOB TITLE:  Mgr Sta Ops/CDL/Vol

ENTER: HELP=CODES/INSTRUCTIONS, RETURN=PREVIOUS MENU, BYE=LOGOFF
PRESS ENTER TO DISPLAY ADDITIONAL HISTORY
```

**EXHIBIT D**

```
NEXT SCREEN:           F E D E X     E X P R E S S                PEP116
                     *  *  *  *  *  P R I S M  *  *  *  *  *     11/12/07
                       EMPLOYEE HISTORY INFORMATION SCREEN        14:45:29

   EMP: 133017       Ara Karamian

   EFF DATE   TYPE
   06/01/03   S     BASE SALARY:      4940.00      RSN:  A    RATE/PERIOD:  MO
                    JOB CODE:  B7169      JOB TITLE:  Mgr Sta Ops/Cdl/Vol

   04/16/03   JS    BASE SALARY:      4116.00      RSN:  P    RATE/PERIOD:  MO
                    JOB CODE:  B7169      JOB TITLE:  Mgr Sta Ops/Cdl/Vol

   03/03/03   S     BASE SALARY:        17.68      RSN:  Q    RATE/PERIOD:  HR
                    JOB CODE:  R0002      JOB TITLE:  Courier/DOT

   02/04/02   S     BASE SALARY:        17.00      RSN:  Q    RATE/PERIOD:  HR
                    JOB CODE:  R0002      JOB TITLE:  Courier/Dot

   08/06/01   S     BASE SALARY:        15.92      RSN:  M    RATE/PERIOD:  HR
                    JOB CODE:  R0002      JOB TITLE:  Courier/Dot

   ENTER: HELP=CODES/INSTRUCTIONS, RETURN=PREVIOUS MENU, BYE=LOGOFF
   PRESS ENTER TO DISPLAY ADDITIONAL HISTORY - PF7 TO BACKPAGE.
```

2.

```
NEXT SCREEN:             F E D E X     E X P R E S S              PEP116
                     *  *  *  *  *  P R I S M  *  *  *  *  *      11/12/07
                     EMPLOYEE HISTORY INFORMATION SCREEN          14:45:31

EMP: 133017      Ara Karamian

 EFF DATE   TYPE
 07/01/01    S      BASE SALARY:        15.84      RSN: M    RATE/PERIOD:  HR
                    JOB CODE:   R0002      JOB TITLE:  Courier/Dot

 01/01/01    S      BASE SALARY:        15.38      RSN: A    RATE/PERIOD:  HR
                    JOB CODE:   R0002      JOB TITLE:  Courier/Dot

 01/01/01    S      BASE SALARY:        15.27      RSN: M    RATE/PERIOD:  HR
                    JOB CODE:   R0002      JOB TITLE:  Courier/Dot

 08/03/00    S      BASE SALARY:        14.94      RSN: M    RATE/PERIOD:  HR
                    JOB CODE:   R0002      JOB TITLE:  Courier/Dot

 02/03/00    S      BASE SALARY:        14.58      RSN: M    RATE/PERIOD:  HR
                    JOB CODE:   R0002      JOB TITLE:  Courier/Dot

ENTER: HELP=CODES/INSTRUCTIONS, RETURN=PREVIOUS MENU, BYE=LOGOFF
 END OF EMPL HIST DATA. PRESS ENTER TO DISPLAY MOST RECENT ITEM PF7-BACKPAGE
```

3,