# Exhibit F

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   ARA KARAMIAN,                )   Case No.: CV 06-4345 DSF (PJWx)
                                  )
12            Plaintiff,          )
                                  )
13       vs.                      )
                                  )   JUDGMENT OF DISMISSAL
14   FEDERAL EXPRESS              )
     CORPORATION, et al.,         )
15                                )
              Defendants.         )
16   _____ )

17        This action came on for hearing before the Court on October 29, 2007, the

18   Honorable Dale S. Fischer, District Judge, Presiding. The Court ordered that the

19   case be dismissed without prejudice as to all defendants. The argument and

20   evidence having been presented and fully considered, the issues having been duly

21   heard and a decision having been duly rendered,

22        IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the

23   action be dismissed without prejudice.

24
25                                          *Dale S. Fischer* (signature)
26   Dated: __10/30/07_____         _____
                                            Dale S. Fischer
27                                          United States District Judge
28

**EXHIBIT F**