# Exhibit
# G

FILED

2006 OCT 23  PM 3: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  KEITH A. JACOBY, Bar No. 150233
   JANINE C. SUN, Bar No. 210973
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East
   5th Floor
4  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
5  Fax No.:    310.553.5583
   E-mail: kjacoby@littler.com; jsun@littler.com
6

7  RICHARD MCCONNELL (*pro hac vice*)
   SANDRA C. ISOM, Bar No. 157374
8  FEDERAL EXPRESS CORPORATION
   3620 Hacks Cross Road
9  Building "B", Third Floor
   Memphis, Tennessee 38125
10 Telephone:    901.434-8375
   Fax No.:      901.434-9279

11 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION
12

RECEIVED

RICHARD S. McCONNELL
SR. COUNSEL
LITIGATION

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15 ARA KARAMIAN, an individual,          Case No. CV 06-4345-DSF(PJWx)
   on behalf of himself and all other
16 similarly situated,                   ASSIGNED FOR ALL PURPOSES TO
                                         JUDGE DALE S. FISCHER
17              Plaintiffs,
                                         DECLARATION OF ROBERT T.
18     v.                                MOLINET IN SUPPORT OF
                                         DEFENDANT FEDERAL EXPRESS
19 FEDERAL EXPRESS                        CORPORATION'S RESPONSE TO
   CORPORATION, ROBERT                   ORDER TO SHOW CAUSE
20 SEYMOUR, and Does 1 through 50,
   inclusive,                            Complaint Filed:  May 31, 2006
21              Defendants.

22

23

24

25

26

27                     **EXHIBIT G**

28                                                              /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

I, ROBERT T. MOLINET, declare as follows:

1.    I am over the age of twenty-one.  I am knowledgeable of the facts contained herein and am qualified to make this declaration.

2.    I am the duly elected Secretary of Federal Express Corporation, d/b/a FedEx Express and I make this declaration in support of Defendant Federal Express Corporation's Response to Order to Show Cause Regarding Remand.  All of the information set forth herein is based on my personal and first hand knowledge except where otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

3.    Federal Express Corporation is incorporated in Delaware.  Memphis, Tennessee is the corporate headquarters.  To the best of my knowledge, most of the following corporate-wide decisions relating to U.S. operations are made from Memphis, Tennessee:  decisions regarding corporate policy; decisions in times of major crisis or emergency; decisions regarding the purchase, financing and leasing of real properties; legal decisions; significant decisions regarding contracts and other purchasing; decisions regarding press releases and public affairs; decisions regarding banking relationships and cash management accounts; decisions regarding payroll for the entire corporation; decisions regarding revenue management for the entire corporation; decisions regarding safety and security policy-making; policy decisions regarding advertising and marketing; and significant computer operational decisions.

Declaration of Robert T. Molinet                2.

*2*

4.      Substantially all principal U.S. based corporate officers (Senior Vice President and above) reside in Tennessee.

5.      The company lists 3610 Hacks Cross Road, Memphis, Tennessee as the "principal executive office" on its Statement of Information filed with the State of California Secretary of State. Attached hereto as Exhibit "A" is a true and correct copy of that form dated August 8, 2006 and filed at my direction. The company has no principal business office in the State of California. A true and correct copy of a similar form filed for FedEx Corporation, the parent corporation, dated June 20, 2006 is attached as Exhibit "B."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October, 2006 at Memphis, Tennessee.

Dated:  October 20, 2006

_____
ROBERT T. MOLINET



# State of California
## Secretary of State

**F**

### STATEMENT OF INFORMATION
(Foreign Corporation)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

   C0689134
   FEDERAL EXPRESS CORPORATION
   ROBERT T MOLINET
   942 S SHADY GROVE RD
   MEMPHIS TN 38120

   This Space For Filing Use Only.

**DUE DATE:  09-30-06**

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 2117.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 11.

   If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 3610 Hacks Cross Road | Memphis | TN | 38125 |

| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| N/A | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ President ADDRESS | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| David J. Bronczek | 3610 Hacks Cross Road | Memphis, TN | 38125 |

| 6. SECRETARY/ ADDRESS | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Robert T. Molinet | 942 S. Shady Grove Road | Memphis, TN | 38120 |

| 7. CHIEF FINANCIAL OFFICER/ SVP ADDRESS | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Cathy D. Ross | 3610 Hacks Cross Road | Memphis, TN | 38125 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 9 must be left blank.)

8. NAME OF AGENT FOR SERVICE OF PROCESS

   C T Corporation System

| 9. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

10. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

    Global Express Package and Freight Delivery Services

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Robert T. Molinet | *(signature)* | Secretary | 8/8/06 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-350 (REV 05/2005)    APPROVED BY SECRETARY OF STATE

**EXHIBIT A**

4

**FedEx.**
Express

P.O. Box 7
Memphis, TN 38

Bank Of America

Controlled Disbursement
Bank of America, N.A.
Atlanta, DeKalb County, Georgia

64-1778
611 GA

NO. 6183695

VENDOR
SERVICES

005367123
VENDOR-REF

CHECK NO.
6183695

PAY      *********25 DOLLARS  &  00 CENTS        DATE
08/07/06              $********25.00

TO
THE
ORDER
OF

CALIFORNIA SECRETARY OF ST***
STATEMENT OF OFFICERS UNIT
1500 11TH ST
SACRAMENTO              CA   95814

CHECKS OVER $1,000,000.00 NOT VALID UNLESS COUNTERSIGNED
VOID AFTER 90 DAYS

*Cathy D. Co*

Authorized Company Signature
PLEASE NOTE SECURITY FEATURE ON BACK

⑈6183695⑈ ⑆061112788⑆ 329 902 3525⑈

FedEx M-1718 3/03

FedEx Express
Memphis, Tennessee

REMITTANCE ADVICE

| INVOICE | DATE | VOUCHER | DISCOUNT | AMOUNT |
|---------|------|---------|----------|--------|
| VEN RQT | 080206 | BC1368 S | N   204030928  25.00 | 25.00 |
| -S - 6183695 | 080706 | 005367123 | CALIFORNIA  SECRETARY | 25.00 |

FedEx M-1718 3/03

Visit our website at vendors.fedex.com!

5



# State of California
## Secretary of State

## STATEMENT OF INFORMATION
(Foreign Corporation)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted.)

C2172803
FEDEX CORPORATION
942 SOUTH SHADY GROVE ROAD
MEMPHIS TN 38120

This Space For Filing Use Only

DUE DATE:    08-31-06

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 2117.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. ☑ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 11.

If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 942 South Shady Grove Road | Memphis | TN | 38120 |

| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| NONE | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Frederick W. Smith | 942 South Shady Grove Road | Memphis, TN | 38120 |

| 6. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Robert T. Molinet | 942 South Shady Grove Road | Memphis, TN | 38120 |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Alan B. Graf, Jr. | 942 South Shady Grove Road | Memphis, TN | 38120 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 9 must be left blank.)

8. NAME OF AGENT FOR SERVICE OF PROCESS

CT Corporation System

| 9. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

10. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Holding Company

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Robert T. Molinet | _(signature)_ | Assistant Secretary | 6/30/06 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-350 (REV 05/2005)

001688F

APPROVED BY SECRETARY OF STATE

**EXHIBIT B**

6



FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-RED BACKGROUND PRINTED ON TRUE-WATERMARK PAPER

To The
Order Of

**SECRETARY OF STATE**

1500 11TH ST
SACRAMENTO, CA 94244-2300

⑆0210751⑆ ⑈06111278B⑇ 3299023632⑆

| Check Date: Jun/15/2006 | | | | | | Check No. 0210751 |
|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Business Unit | Voucher ID | Gross Amount | Disc Avail | Paid Amount |
| 0612062 | Jun/12/2006 | 10000 | 00069513 | 25.00 | 0.00 | 25.00 |

| Vendor Number | Name | Date | Total Discounts | Total Amount |
|---|---|---|---|---|
| 0071807272 | SECRETARY OF STATE | Jun/15/2006 | 0.00 | 25.00 |
| Check Number | | Handling Code | Discounts Taken | Total Paid Amount |
| 0210751 | | D | 0.00 | 25.00 |

7

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California  90067.3107. On October 23, 2006, I served the within document(s):

**DECLARATION OF ROBERT T. MOLINET IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**

☒    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

Andre E. Jardini, Esq.
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA  91203

W. Joseph Strapp
Strapp & Strapp
11355 W. Olympic Blvd., #400
Los Angeles, CA  90064

Michael S. Duberchin, Esq.
Law Offices of Michael S. Duberchin
4768 Park Granada, Suite 212
Calabasas, CA  91302

Glen Robert Bregman, Esq.
Law Offices of Glen Robert Bregman
16633 Ventura Boulevard
Suite 1200
Encino, CA  91436

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 23, 2006, at Los Angeles, California.

Julie Contreras

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308