# Exhibit H

| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| 2 | JANINE C. SUN, Bar No. 210973<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>2049 Century Park East |
| 4 | 5th Floor<br>Los Angeles, CA 90067.3107 |
| 5 | Telephone: 310.553.0308<br>Fax No.: 310.553.5583 |
| 6 | E-mail: kjacoby@littler.com; jsun@littler.com |
| 7 | RICHARD MCCONNELL (*pro hac vice*)<br>SANDRA C. ISOM, Bar No. 157374 |
| 8 | FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road |
| 9 | Building "B", Third Floor<br>Memphis, Tennessee 38125 |
| 10 | Telephone: 901.434-8375<br>Fax No.: 901.434-9279 |

RECEIVED

RICHARD S. McCONNELL
SR. COUNSEL
LITIGATION

2006 OCT 23 PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARA KARAMIAN, an individual, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, ROBERT SEYMOUR, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 06-4345-DSF(PJWx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DALE S. FISCHER<br><br>**DECLARATION OF KATHRYN R. YOUNG IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Complaint Filed: May 31, 2006 |

**EXHIBIT H**

/

I, Kathryn R. Young, declare as follows:

1. I am over the age of twenty-one. I am knowledgeable of the facts contained herein and am qualified to make this declaration.

2. I am currently employed by FedEx Express in Memphis, Tennessee. I began my employment with Federal Express in May 16, 1990. I currently hold the position of Senior Manager within the U.S. Payroll Services Department and routinely access payroll data reporting for FedEx Express as part of my responsibilities. According to payroll records to which I have access in the normal course of business, for Fiscal Year 2006 total no limit gross taxable wages for FedEx Express employees in California was $584,529,733.17 and for Tennessee employees was $1,646,371,301.75.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October, 2006 at Memphis, Tennessee.

Dated: October 19, 2006

_____
KATHRYN R. YOUNG

Declaration of Kathryn R. Young    2.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the within document(s):

**DECLARATION OF KATHRYN R. YOUNG IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| Andre E. Jardini, Esq.<br>Knapp, Petersen & Clarke<br>500 North Brand Boulevard<br>20th Floor<br>Glendale, CA 91203 | W. Joseph Strapp<br>Strapp & Strapp<br>11355 W. Olympic Blvd., #400<br>Los Angeles, CA 90064 |
| Michael S. Duberchin, Esq.<br>Law Offices of Michael S. Duberchin<br>4768 Park Granada, Suite 212<br>Calabasas, CA 91302 | Glen Robert Bregman, Esq.<br>Law Offices of Glen Robert Bregman<br>16633 Ventura Boulevard<br>Suite 1200<br>Encino, CA 91436 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 23, 2006, at Los Angeles, California.

Julie Contreras

3.

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308