United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FORRAND, et al.,

    Plaintiffs

    v.

FEDERAL EXPRESS CORPORATION,

    Defendants
                                    /

No. C-07-4674 MMC

**ORDER OF REFERRAL**

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Thelton E. Henderson for consideration of whether the case is related to Bibo v. Federal Express, Inc., 07-2505 TEH. (See Def.'s Notice of Pendency of Other Actions, filed November 9, 2007 at 2:4-7, 21-24.)

    **IT IS SO ORDERED.**

Dated: November 13, 2007

MAXINE M. CHESNEY
United States District Judge