1  SANDRA C. ISOM, Bar No. 157374
   E-mail: scisom@fedex.com
2  FEDERAL EXPRESS CORPORATION
   3620 Hacks Cross Road
3  Building "B", Third Floor
   Memphis, Tennessee 38125
4  Telephone:  901/434-8526
   Fax No.:      901/434-9271
5
   KEITH A JACOBY, Bar No. 150233
6  E-mail: kjacoby@littler.com
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, 5th Floor
8  Los Angeles, CA  90067.3107
   Telephone:  310/553-0308
9  Fax No.:      310/553-5583

10
   Attorneys for Defendant
11 FEDERAL EXPRESS CORPORATION

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14

15 DANIEL FORRAND, ARA                 Case No. 3:07-CV-04674-MMC
   KARAMIAN, YVETTE GREEN,
16 and EUGENE COLON, on behalf of
   themselves and all others similarly  **DEFENDANT FEDERAL EXPRESS**
17 situated,                            **CORPORATION'S SUPPLEMENTAL**
                                        **NOTICE AND CERTIFICATION OF**
18            Plaintiffs,               **INTERESTED PARTIES**

19       v.                            [Civil L. R. 3-16]

20 FEDERAL EXPRESS
   CORPORATION,
21
             Defendant.
22

23         Pursuant to Civil L. R. 3-16, the undersigned, counsel of record for

24 Defendant Federal Express Corporation, certifies that the following listed parties,

25 associations of persons, firms, partnerships, corporations (including parent

26 corporations) or other entities (1) have a financial interest in the subject matter in

27 controversy or are a party to the proceeding, or (2) have a non-financial interest in

28 that subject matter or in a party that could be substantially affected by the outcome

1    of this proceeding:

2        In this instant matter, plaintiffs seek to certify and represent all current and

3    former hourly nonexempt employees of Federal Express Corporation, **excluding**

4    **couriers, courier/handlers, and customer service agents**:

5        a.    Plaintiff Daniel Forrand;

6        b.    Plaintiff Ara Karamian;

7        c.    Plaintiff Yvette Green;

8        d.    Plaintiff Eugene Colon;

9        e.    Federal Express Corporation – plaintiffs' former employer; and

10       f.    FedEx Corporation – parent corporation of Federal Express

11       Corporation which is publicly traded;

12       g.    Sandra C. Isom, in-house attorney for FedEx;

13       h.    Andre E. Jardini, Knapp, Peterson & Clarke, attorneys for

14       Plaintiffs in the *Karamian*[1] case;

15       i.    Gwen Freeman, Knapp, Peterson & Clarke, attorneys for

16       Plaintiffs in the *Karamian* case;

17       j.    Glen Robert Bregman, attorney for Plaintiffs in the *Karamian*

18       case;

19       k.    Michael S. Duberchin, attorney for Plaintiffs in the *Karamian*

20       case.

21       The following individuals are parties or attorneys representing plaintiffs in the

22    matter of *Brown v. Federal Express Corporation*, CV07-5011 GPS (SSx), pending in

23    the United States District Court for the Central District of California, which seeks to

24    certify and represent **couriers** and **ramp transport drivers** formerly or currently

25    employed by Federal Express Corporation:

26

27    [1] *Karamian, Colon and Green v. Federal Express Corporation,* Case No. 06-CV-4345 DSF(PJWx) was voluntarily dismissed after Plaintiffs failed to timely file a motion for certification.  Karamian, Colon, and Green now seek to represent the class in the *Forrand* matter on identical claims

28    previously abandoned in *Karamian*.

FEC's Supp. Notice and Cert. of Interested Parties-
Case No. 3:07-cv-04674-MMC

1      l.      Plaintiff Vincent Brown;

2      m.      Plaintiff Jose Robert Rojas;

3      n.      Plaintiff Deborah Snyder;

4      o.      Plaintiff Charles Walker;

5      p.      Plaintiff Mark B. Tovsen;

6      q.      Plaintiff Robert Firman;

7      r.      Plaintiff John O'Neil;

8      s.      Plaintiff Andre D. Lawson;

9      t.      Plaintiff Gregory A. Sorrells;

10     u.      James P. Stoneman, II, attorney for plaintiffs in the *Brown*

11     matter;

12     v.      Ernest F. Ching, Jr., attorney for plaintiffs in the *Brown* matter;

13     w.      Yameen Z. Salahuddin, attorney for plaintiffs in the *Brown*

14     matter;

15     x.      David S. Wilson, in-house attorney for FedEx;

16     y.      Richard S. McConnell, in-house attorney for FedEx;

17     z.      Sandra C. Isom, in-house attorney for FedEx.

18     The following individuals are parties or attorneys representing plaintiffs in

19 the matter of *Bibo v. Federal Express Corporation*, CV07-02505 TEH, pending in

20 the United States District Court for the Northern District of California, which seeks

21 to certify and represent **couriers** formerly or currently employed by Federal

22 Express Corporation:[2]

23            aa.      Plaintiff Paul Bibo;

24            bb.      Plaintiff Georgia Shields;

25            cc.      Plaintiff Alex Galvez;

26            dd.      Plaintiff Marc Garvey;

27

28 [2] This instant matter has recently been referred to Judge Henderson in the *Bibo* matter for a determination of whether the two should be related.

FEC's Supp. Notice and Cert. of Interested Parties-
Case No. 3:07-cv-04674-MMC

1    ee.    Plaintiff Bryan Peter;

2    ff.    Sandra C. Isom, in-house attorney for FedEx;

3    gg.    Keith A. Jacoby, Littler Mendelson, local counsel for

4    Defendant Federal Express;

5    hh.    Daniel L. Feder, attorney for Plaintiffs Bibo, Shields, Galvez,

6    Garvey, and Peter.

7    These representations are made to enable the Court to evaluate possible

8    disqualification or recusal.

9

10    Dated: November 14, 2007            s/ Sandra C. Isom_____
                                          SANDRA C. ISOM
11                                        FEDERAL EXPRESS CORPORATION

12                                        and

13                                        KEITH A. JACOBY
                                          LITTLER MENDELSON
14                                        A Professional Corporation

15                                        Attorneys for Defendant
                                          FEDERAL EXPRESS CORPORATION
16

17

18

19

20

21

22

23

24

25

26

27

28

4.

1

## CERTIFICATE OF SERVICE

2

3     I hereby certify that on November 14, 2007, I electronically filed Defendant Federal Express
Corporation's Supplemental Notice and Certification of Interested Parties Pursuant to Local Rule 3-
4     13 with the Clerk of the Court using the CM/ECF system which will automatically send email
notification of such filing to the attorneys of record who receive such filings (Jardini), and I have
5     served the document by overnight mail to those attorneys who do not receive such notifications
(Bregman, Duberchin and Jacoby):

6        **Andre E. Jardini, Esq.**                    **Michael S. Duberchin, Esq.**
         **KNAPP, PETERSEN & CLARKE**                  **LAW OFFICES OF MICHAEL S.**
7        **500 North Brand Blvd., 20th Floor**         **DUBERCHIN**
         **Glendale, CA 91203-1904**                   **500 North Brand Blvd., 20th Floor**
8        **aej@kpclegal.com**                          **Glendale, CA 91203-1904**
                                                       **Via FedEx overnight mail**
9                                                      **msdlaw@earthlink.net**

10

11       **Glen Robert Bregman, Esq.**                 **Keith A. Jacoby, Esq.**
         **LAW OFFICES OF ROBERT**                     **LITTLER MENDELSON**
         **BREGMAN**                                   **2049 Century Park East, 5th Floor**
12       **16633 Ventura Blvd., Ste. 1240**            **Los Angeles, CA  90067-3107**
         **Encino, CA 91436**                          **Via FedEx overnight mail**
13       **Via FedEx overnight mail**                  **kjacoby@littler.com**
         **glenbregmanlaw@aol.com**

14

15

16                                    **s/ Suzanne Melton**
                                      **SANDRA C. ISOM, Bar No. 157374**
17                                    **Attorney for Defendant**
                                      **Federal Express Corporation**
18                                    **3620 Hacks Cross Road**
                                      **Building B, Third Floor**
19                                    **Memphis, TN  38125**
                                      **Tel. No. (901)434-8526**
20                                    **Email: scisom@fedex.com**

21    Doc #707076

22

23

24

25

26

27

28

FEC's Supp. Notice and Cert. of Interested Parties-
Case No. 3:07-cv-04674-MMC