IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FORRAND,

    Plaintiff,

v.

FEDERAL EXPRESS CORP.,

    Defendant.

No. C 07-04674 TEH

**Clerk's Notice Scheduling Case Management Conference on Reassignment**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Monday, 01/14/08** at **1:30 PM** before the Honorable Thelton E. Henderson upon reassignment. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  Not less than 7 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**.  All pending motions will be taken off-calendar and must be re-noticed for a Monday morning at 10:00 AM.  If the opposition to a pending motion has already been filed, then the re-noticed date must be at least three weeks from the date of this Clerk's Notice.  If the opposition has not yet been filed, then the re-noticed date must be at least five weeks from the date of this Clerk's Notice.  The due date for any opposition or reply papers not yet filed shall be calculated in accordance with Civil Local Rule 7-3 and based on the re-noticed hearing date.

Dated: December 4, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk