SANDRA C. ISOM, Bar No. 157374
E-mail: scisom@fedex.com
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building "B", Third Floor
Memphis, Tennessee 38125
Telephone: 901/434-8526
Fax No.: 901/434-9271

KEITH A JACOBY, Bar No. 150233
E-mail: kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310/553-0308
Fax No.: 310/553-5583

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. 3:07-CV-04674-TEH<br><br>**CLASS ACTION**<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S RE-NOTICE OF MOTION TO TRANSFER VENUE**<br><br>**(28 U.S.C. §1404(a))**<br><br>Date: January 14, 2008<br>Time: 10:00 a.m.<br>Courtroom: 12, 19th Floor<br><br>CMC: January 14, 2008; 1:30 p.m.<br>Trial Date: To be Set |

### RE-NOTICE OF MOTION TO TRANSFER VENUE

PLEASE TAKE NOTICE that Federal Express Corporation's ("FedEx") Motion to Transfer Venue is to come on for hearing before this Honorable Court on **January 14, 2008 at 10:00 a.m.**

1 in Courtroom 12, 19th Floor of the United States District Courthouse, located at 450 Golden Gate
2 Avenue, San Francisco, CA 94102.

Respectfully Submitted,

Dated: December 4, 2007

  s/Sandra C. Isom
SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

**PROOF OF SERVICE**

**STATE OF TENNESSEE, COUNTY OF SHELBY**

     I hereby certify that on December 4, 2007, I electronically filed Defendant Federal Express Corporation's Re-Notice of Motion to Transfer Venue pursuant to Local Rule 3-13 with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record who receive such filings (Jardini), and I have served the document by overnight mail to those attorneys who do not receive such notifications (Bregman, Duberchin and Jacoby):

| | |
|---|---|
| **Andre E. Jardini, Esq.**<br>**KNAPP, PETERSEN & CLARKE**<br>500 North Brand Blvd., 20th Floor<br>Glendale, CA 91203-1904<br>aej@kpclegal.com | **Michael S. Duberchin, Esq.**<br>**LAW OFFICES OF MICHAEL S. DUBERCHIN**<br>500 North Brand Blvd., 20th Floor<br>Glendale, CA 91203-1904 |
| **Glen Robert Bregman, Esq.**<br>**LAW OFFICES OF ROBERT BREGMAN**<br>16633 Ventura Blvd., Ste. 1240<br>Encino, CA 91436 | **Keith A. Jacoby, Esq.**<br>**LITTLER MENDELSON**<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067-3107 |

                                                     s/ Lydia P. Langbein
                                                      Sandra C. Isom, Esq.
                                                      Attorney for Defendant
                                                      Federal Express Corporation
                                                      3620 Hacks Cross Road
                                                      Building B, Third Floor
                                                      Memphis, TN 38125
                                                      Tel. No. (901)434-8526
                                                      Email: scisom@fedex.com

Doc #710086