IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FORRAND, et al.,

               Plaintiffs,

v.

FEDERAL EXPRESS CORPORATION,

               Defendant.

NO. C07-4674 TEH

ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE

      The parties are currently scheduled to appear before the Court on January 14, 2008, for a case management conference and hearing on Defendant's motion to transfer venue. Although Plaintiffs' opposition to Defendant's motion was due no later than December 24, 2007, Civ. L.R. 7-3(a), Plaintiffs did not file their opposition until December 28, 2007. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendant's reply brief, originally due on December 31, 2007, shall now be due on or before **January 9, 2008.**

      2. The hearing on Defendant's motion to transfer and the case management conference shall be continued to **January 28, 2008, at 10:00 AM.**

      3. Plaintiffs are ORDERED TO SHOW CAUSE on January 28, 2008, at 10:00 AM, as to why monetary sanctions should not be imposed for their late opposition filing. Any written response to this order to show cause shall be filed on or before **January 14, 2008.**

**IT IS SO ORDERED.**

Dated: 01/02/08

                                                 THELTON E. HENDERSON, JUDGE
                                                 UNITED STATES DISTRICT COURT