# EXHIBIT 1

(PJWx), DISCOVERY, RELATED-G

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:07-cv-05011-DSF-PJW

| | |
|---|---|
| Vincent Brown et al v. Federal Express Corporation et al | Date Filed: 08/02/2007 |
| Assigned to: Judge Dale S. Fischer | Jury Demand: Both |
| Referred to: Magistrate Judge Patrick J. Walsh | Nature of Suit: 710 Labor: Fair Standards |
| Related Case: 2:06-cv-04345-DSF-PJW | Jurisdiction: Federal Question |
| Case in other court: Superior Court of CA for the County of Los Angeles, BC373711 | |
| Cause: 28:1441 Notice of Removal - Labor/Mgmnt. Relations | |

**Plaintiff**

**Vincent Brown**
*individually and on behalf of all other similarly situated current and former employees*

represented by **Ernest F Ching, Jr**
Ching & Associates
160 South Old Springs Road, Suite 280
Anaheim Hills, CA 92808
714-637-9888
Fax: 714-637-9833
Email: chinglawoffice@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P Stoneman, II**
James P Stoneman Law Offices
100 West Foothill Blvd
Claremont, CA 91711
909-621-4987
Email: jim@stonemanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yameen Zaki Salahuddin**
Ching and Associates
160 South Old Springs Road, Suite 280
Anaheim Hills, CA 92808
714-637-9888
Email: chinglawoffice@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Robert Rojas**
*individually and on behalf of all other*

represented by **Ernest F Ching, Jr**
(See above for address)

*similarly situated current and former employees*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P Stoneman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Snyder**
*individually and on behalf of all other similarly situated current and former employees*

represented by **Ernest F Ching, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P Stoneman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Walker**
*individually and on behalf of all other similarly situated current and former employees*

represented by **Ernest F Ching, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P Stoneman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark B Tovsen**
*individually and on behalf of all other similarly situated current and former employees*

represented by **Ernest F Ching, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **James P Stoneman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Robert Arman**<br>*individually and on behalf of all other similarly situated current and former employees* | represented by | **Ernest F Ching, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                **James P Stoneman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John O'Neill**<br>*individually and on behalf of all other similarly situated current and former employees* | represented by | **Ernest F Ching, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                **James P Stoneman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Andre D Lawson**<br>*individually and on behalf of all other similarly situated current and former employees* | represented by | **Ernest F Ching, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                **James P Stoneman, II**

                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory A Sorells**          represented by   **Ernest F Ching, Jr**
*individually and on behalf of all other*        (See above for address)
*similarly situated current and former*          *LEAD ATTORNEY*
*employees*                                      *ATTORNEY TO BE NOTICED*

**James P Stoneman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yameen Zaki Salahuddin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Federal Express Corporation**    represented by   **David S Wilson, III**
Federal Express Corporation
2601 Main Street, Suite 340
Irvine, CA 92614
949-862-4656
Email: dswilson@fedex.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S McConnell, Jr**
Federal Express Corporation
Bldg B Legal Dept
3620 Hacks Cross Road, 3rd Floor
Memphis, TN 38125
901-434-8375
Email: richard.mcconnell@fedex.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra C Isom**
Federal Express Corporation
Bldg B - Legal Dept

3620 Hacks Cross Rd 3rd Fl
Memphis, TN 38125
901-434-8526
Email: scisom@fedex.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**DOES**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2007 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number BC 373711 with conformed filed copy of summons and complaint. Case assigned to Judge George P. Schiavelli, Discovery to Magistrate Judge Suzanne H. Segal. (Filing fee $ 350 PAID. ), filed by Defendant Federal Express Corporation. [UNCONFORMED COPY OF GENERAL DENIAL AND AFFIRMATIVE DEFENSES TO COMPLAINT SUBMITTED ATTACHED]. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 2 | NOTICE AND CERTIFICATION of Interested Parties filed by Defendant Federal Express Corporation. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 3 | NOTICE OF DISCLOSURE STATEMENT filed by Defendant Federal Express Corporation. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 4 | DECLARATION of DAVID S. WILSON, III of filing Notice to State Court of Removal to Federal Court [1] filed by Defendant Federal Express Corporation. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 5 | DECLARATION of DAVID S. WILSON, III in support of Defendant Federal Express corporation Notice of Removal of Action under 28 USC 1332 (d) and 1441(A) [1] filed by Defendant Federal Express Corporation. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 6 | DECLARATION of ART MENDOZA in support of Defendant Federal Express Corporation Notice of Removal of action under 28 USC 1332 (D) and 1441 (A) [1] filed by Defendant Federal Express Corporation. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 7 | NOTICE OF LODGING AUTHORITIES IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION NOTICE OF REMOVAL OF ACTION UNDER 28 USC 1332 (D) and 1441 (A) filed by Defendant Federal Express Corporation. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 8 | CERTIFICATE OF SERVICE filed by Defendant Federal Express Corporation, re Disclosure [3], Notice of Removal, [1], Certificate of Interested Parties[2], Declaration of David S. Wilson, III [4] (see original document for more details) served on 8/2/2007. (et) (Entered: 08/14/2007) |

| | | |
|---|---|---|
| 08/02/2007 | | FAX number for Attorney James P Stoneman, II is 909-624-1427. (et) (Entered: 08/14/2007) |
| 08/02/2007 | | FAX number for Attorney Ernest F Ching, Jr, Yameen Zaki Salahuddin is 714-637-9833. (et) (Entered: 08/14/2007) |
| 08/02/2007 | | FAX number for Attorney David S Wilson, III is 949-862-4605. (et) (Entered: 08/14/2007) |
| 08/02/2007 | 12 | NOTICE of Related Case(s) filed by Defendant Federal Express Corporation. Related Case(s): CV 06-4345 DSF (PJWx) (rn) (Entered: 08/15/2007) |
| 08/06/2007 | 9 | CERTIFICATE OF SERVICE filed by Defendant Federal Express Corporation of Notice of Assignment to United States Magistrate Judge for Discovery, Clerk's Office Services for Attorneys and the General Public Brochure, Notice to Counsel, United States District Court Central District of California Civility and Professionalism Guide, and Optical Scanning Enrollment/Update Form, served on 8/3/2007. (gk) (Entered: 08/14/2007) |
| 08/06/2007 | 10 | AMENDED CERTIFICATE OF SERVICE filed by Defendant Federal Express Corporation of Civil Cover Sheet, Notice of Removal of Action [1], Declaration of David S. Wilson, III in Support of Notice of Removal [5], Notice and Certification of Interested Parties [2], Notice of Related Cases, Disclosure Statement [3], Notice of Lodging Authorities [7], Notice to State Court of Removal, Notice to Adverse Party of Removal, Declaration of David S. Wilson, III of Filing Notice to State Court of Removal [4], Declaration of Art Mendoza [6], served on 8/2/2007. (gk) (Entered: 08/14/2007) |
| 08/08/2007 | 11 | DEMAND for Jury Trial filed by Plaintiffs Vincent Brown, Jose Robert Rojas, Deborah Snyder, Charles Walker, Mark B. Tovsen, Robert Arman, John O'Neill, Andre D. Lawson, Gregory A. Sorells. (gk) (Entered: 08/14/2007) |
| 08/13/2007 | 13 | SUPPLEMENTAL Notice and Certification of Interested Parties [2] filed by Defendant Federal Express Corporation. (gk) (Entered: 08/15/2007) |
| 08/17/2007 | 14 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07.02 - Related Case- filed. Related Case No: CV 06-4345 DSF (PJWx). Case transfered from Judge George P. Schiavelli and Suzanne H. Segal to Judge Dale S. Fischer and Patrick J. Walsh for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-5011 DSF (PJWx).Signed by Judge Dale S. Fischer (rn) (Entered: 08/17/2007) |
| 08/20/2007 | 17 | NOTICE of Pendency of Other Actions or Proceedings filed by Defendant Federal Express Corporation. (gk) (Entered: 08/24/2007) |
| 08/24/2007 | 15 | ORDER SETTING SCHEDULING CONFERENCE for 10/29/2007 at 11:00 AM before Judge Dale S. Fischer.(pp) (Entered: 08/24/2007) |
| 08/24/2007 | 16 | ORDER RE STANDING ORDER FOR CASES ASSIGNED Judge Dale |

| | | |
|---|---|---|
| | | S. Fischer (pp) (Entered: 08/24/2007) |
| 10/15/2007 | 18 | REPORT of Parties Planning Meeting Pursuant to Fed. Civ. P. 26(f) Discovery Plan ; estimated length of trial 3 to 4 weeks, filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (ca) (Entered: 10/18/2007) |
| 10/19/2007 | 19 | APPLICATION of Richard S McConnell for Leave to Appear Pro Hac Vice. FEE PAID. Filed by Defendant Federal Express Corporation. Lodged order. (mg) (Entered: 10/22/2007) |
| 10/22/2007 | 20 | ORDER by Judge Dale S. Fischer GRANTING APPLICATION of Richard S McConnell for Leave to Appear Pro Hac Vice for Defendant Federal Express Corporation. FEE PAID.[19] (mg) (Entered: 10/23/2007) |
| 10/26/2007 | 22 | DECLARATION of David S. Wilson, III in support of Stipulation Request for an order setting deadline for filing class certification motion and extending the notice required for such moiton so as to provide 45 days to oppose the motion, 21 filed by Defendant Federal Express Corporation. Lodged Order. (ca) (Entered: 10/31/2007) |
| 10/29/2007 | 21 | STIPULATED REQUEST FOR AN ORDER SETTING DEADLINE FOR FILING OF CLASS CERTIFICATION MOTION AND EXTENDING THE NOTICE REQUIRED FOR SUCH MOTION SO AS TO PROVIDE 45 DAYS TO OPPOSE THE MOTION and ORDER THEREON by Judge Dale S. Fischer : GRANTING plaintiffs' extension of time to file Motion for Class Certification by 11/21/2007. (csl) (Entered: 10/30/2007) |
| 10/29/2007 | 24 | MINUTES of Scheduling Conference held before Judge Dale S. Fischer: The Court and counsel confer re cases management dates. A detailed order will issue. Court Reporter: Pamela Seijas. (mg) (Entered: 11/01/2007) |
| 10/30/2007 | 23 | ORDER RE COURT TRIAL by Judge Dale S. Fischer: I. Order Re Deadlines: Amended Pleadings due by 3/3/2008. Discovery cut-off 6/2/2008. Last date to conduct settlement conference is 7/22/2008. Final Pretrial Conference set for 9/2/2008 03:00. Bench Trial set for 9/30/2008 08:00 AM before Judge Dale S. Fischer. II. Order Re Trial Preparation. III. Order Governing Conduct of Attorneys and Parties. (mg) (Entered: 11/01/2007) |
| 11/19/2007 | 25 | NOTICE of Appearance filed by attorney Sandra C Isom on behalf of Defendant Federal Express Corporation (mg) (Entered: 11/26/2007) |
| 11/19/2007 | 26 | SECOND SUPPLEMENTAL NOTICE AND CERTIFICATION of Interested Parties filed by Defendant Federal Express Corporation. (mg) (Entered: 11/26/2007) |
| 11/19/2007 | 28 | NOTICE of Related Case(s) filed by Defendant Federal Express Corporation. Related Case(s): CV 06-4345 DSF (PJWx), USDC< |

| | | |
|---|---|---|
| | | Northern District of California, case number C07-2505 TEH and 3:07-CV-04674-MMC (rn) (Entered: 11/29/2007) |
| 11/27/2007 | 27 | STIPULATION AND ORDER by Judge Dale S. Fischer GRANTING Request for an order extending deadline for filing class certification motion to 11/28/07. (mg) (Entered: 11/28/2007) |
| 12/21/2007 | 29 | NOTICE OF MOTION AND MOTION For Class Certification; filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas.Motion set for hearing on 2/25/2008 at 01:30 PM before Judge Dale S. Fischer. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 30 | DECLARATION of James P Stoneman II in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 31 | DECLARATION of Ernest F Ching, Jr. in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 32 | DECLARATION of Todd Ching in support of MOTION to Certify Class [29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 33 | DECLARATION of Vince Brown in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 34 | DECLARATION of Robert Firman in support of Plaintiffs' MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 35 | DECLARATION of John O'Neill in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 36 | DECLARATION of Jose Robert Rojas in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 37 | DECLARATION of Deborah Snyder in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B |

| | | |
|---|---|---|
| | | Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 38 | DECLARATION of Mark B Tovsen in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 39 | DECLARATION of Charles Walker in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 40 | DECLARATION of Gregory A Sorrells in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |
| 12/21/2007 | 41 | DECLARATION of Andre D Lawson in support of MOTION to Certify Class[29] filed by Plaintiffs Deborah Snyder, Charles Walker, Mark B Tovsen, Robert Arman, John O'Neill, Andre D Lawson, Gregory A Sorells, Vincent Brown, Jose Robert Rojas. (mg) (Entered: 01/02/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2008 14:59:45 | | | |
| PACER Login: | fe0029 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-05011-DSF-PJW |
| Billable Pages: | 6 | Cost: | 0.48 |