# EXHIBIT 4

## Isom, Sandra C.

| | |
|---|---|
| **From:** | Isom, Sandra C. |
| **Sent:** | Friday, December 21, 2007 11:42 AM |
| **To:** | 'Andre E. Jardini' |
| **Cc:** | 'cac@kpclegal.com' |
| **Subject:** | Forrand Joint Case Management Statement (prepared by Isom with tracked changes) |
| **Attachments:** | Forrand Joint Case Management Statement (prepared by Isom with tracked changes).DOC |

Andy:

Please find attached my suggested red-lines after your first set of edits. As you can see, I accepted most of your accepted revisions (assuming some minor corresponding revisions are acceptable to you). We do, however, have some more than minor areas of dispute, including proposed deadines, the certificate of interested parties, and other matters. See if mine are acceptable. If not, please call to discuss.

Just a few points: I am still flexible on the deadlines except I want to ensure that I am not dealing with expert disclosures at the same time I have to oppose cert. In addition, it does not make sense to have the sj deadline at the same time as the cert deadline and prior to merits deadline. As such, I have tried to stick with your general proposed dates while addressing these issues. In addition, prior to agreeing to an amendment deadline of March 31, I'd like to know what the proposed amendment encompasses and why it cannot be accomplished sooner.

As to the certificate of interested parties, the standing order requires we set it forth fully (as set forth in the separately filed pleading). I don't see how we can exclude Bibo since it is deemed related or Brown. However, if you want, just add above those entries that FedEx submits them.

Lastly, I don't understand your deletion of para. 20. The court expects us to inform it of such matters and it is clear it is FedEx's submission to which Plaintiffs disagree.

Just so you know, prior to the due date of January 3, I will be in the office today, Dec. 24, 26, Jan. 2 and 3.

I look foward to hearing from you soon.

Sandy

1/2/2008