# EXHIBIT 5

## Isom, Sandra C.

| | |
|---|---|
| **From:** | Isom, Sandra C. |
| **Sent:** | Thursday, December 27, 2007 3:54 PM |
| **To:** | 'Andre E. Jardini' |
| **Subject:** | LEGALDOCS-#712748-v1-Forrand_Joint_Rule_26f_report |
| **Attachments:** | LEGALDOCS-#712748-v1-Forrand_Joint_Rule_26f_report.DOC |

Andy, in my prior email that I sent you with the proposed cmc attached wherein I accept most of your changes and proposed other, i also mentioned that we need to do a rule 26f report, which is somewhat duplicative of the cmc. I have drafted one and it is attached. I'm a bit bleary eyed so please excuse my errors (i noticed that i still have the word "separate" in the intro paragraph of the cmc that we will have to fix.

anyway, the only new issue relates to production of, and protections regarding privileged info under the new rule. I don't think we'll have an issue here since the big data sets involved do not include such materials. so i just included what i believe to be the standard protocol for dealing with inadvertent disclosures. if you want something different, let me know. I think this new section was really intended for products liability type cases where millions of documents have to be produced and might contain lots of privileged material scattered throughout the data that may be hard to catch during production. we just don't have that here.

let me know your thoughts.

after today, I am out until jan. 2, and will be in jan. 2 and 3 to get this finalized and filed.

i also added your e-signature at the end.

Thanks.

1/2/2008