**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Forrand,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Federal Express Corporation,<br><br>          Defendant(s). | 07-04674 TEH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-04674 TEH                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: January 9, 2008
9
          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

*Timothy Smagacz* (signature)

          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04674 TEH          -2-

PROOF OF SERVICE

Case Name:      Forrand v. Federal Express Corporation

Case Number:    07-04674 TEH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On January 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Michael Steven Duberchin
>   Law Offices of Michael S. Duberchin
>   500 North Brand Boulevard
>   20th Floor
>   Glendale, CA 91203-1904
>
>   Glen Robert Bregman
>   Law Offices of Glen Robert Bregman
>   16633 Ventura Boulevard
>   Suite 1240
>   Encino, CA 91436
>
>   Andre Emilio Jardini
>   Knapp Petersen & Clarke
>   500 N Brand Blvd 20th Flr
>   Glendale, CA 91203
>   aej@kpclegal.com
>
>   Sandra Colene Isom
>   Federal Express Corporation
>   3620 Hacks Cross Road

Building B
3rd Floor
Memphis, TN 38125
scisom@fedex.com

Keith Adam Jacoby
Littler Mendelson
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
kjacoby@littler.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov