SANDRA C. ISOM, Bar No. 157374
E-mail: scisom@fedex.com
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building "B", Third Floor
Memphis, Tennessee 38125
Telephone:   901/434-8526
Fax No.:        901/434-9271

KEITH A JACOBY, Bar No. 150233
E-mail: kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:   310/553-0308
Fax No.:        310/553-5583

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

ANDRÉ E. JARDINI
E-mail:  aej@kpclegal.com
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th floor
Glendale, CA 91203-1904
Telephone:  818/547-5000
Fax No.:  818/547-5329

Attorneys for Plaintiff DANIEL FORRAND, on behalf
of himself, and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>   v.<br>FEDERAL EXPRESS CORPORATION,<br><br>          Defendant. | Case No. C 07 4674-TEH<br><br>JOINT RULE 26(f) REPORT<br><br>CMC:       January 14, 2008<br>Time:      10:00 a.m.<br>Trial Date:  None Set |

1   Plaintiffs and Defendant jointly file this proposed Fed. R. Civ. Proc. Rule 26(f)
2   report with the following discovery plan:

3   1) Rule 26(a)(1) disclosures shall be exchanged by January 10, 2008.

4   2) Discovery is anticipated regarding certification, liability, and damages. Certification discovery deadline: September 30, 2008; Certification Expert Disclosure: August 8, 2008; Certification Rebuttal Expert Disclosure: September 8, 2008; Any disclosure relating to merits experts shall be pursuant to Rule 26(a)(2)(C); Merits discovery cutoff and all expert discovery cutoff: March 31, 2009.

10  3) The parties do not anticipate technical issues with respect to the disclosure of electronically stored information or the forms in which they might be requested and produced as there is flexibility with respect to how the data can be produced.

14  4) The parties do not anticipate issues relating to claims of privilege or protection of trial preparation materials at this time.  It is doubtful that any electronic data sought will contain privilege matters or trial prep material.  If privileged materials are inadvertently disclosed, the parties agree to inform the other party within five business days of discovering such disclosure or receipt of privileged materials by providing a copy of the information to the other party.  Within two business days thereafter, the party in receipt of the inadvertently disclosed privileged must inform the other party of its intent to either return all copies of the inadvertently disclosed information and agree to not use it.  In the event the receiving party refuses to return all copies and agree not to use the information, disclosing party shall promptly seek relief form the Court.

26  5) No changes in the limitations on discovery imposed under the rules should be imposed.

28  6) No other orders under rule 26(c) or Rule 16 (b) and (c) are suggested.

2.   Joint Rule 26(f) Report – C 07 4674-TEH

| | |
|---|---|
| Dated:  January 10, 2008 | \_\_\_\_/s/ Sandra C. Isom_____<br>SANDRA C. ISOM<br>Federal Express Corporation |
| | and |
| | KEITH A. JACOBY<br>Littler Mendelson<br>A Professional Corporation |
| | ATTORNEYS FOR DEFENDANT<br>FEDERAL EXPRESS COPORATION |
| | and |
| Dated: January 10, 2008 | \_\_\_/s/   Andre   E.   Jardini_____<br>ANDRE E. JARDINI<br>Knapp, Petersen & Clarke |


**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed Defendant Federal Express Corporation's Joint Case Management Conference Statement with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record who receive such filings (Jardini and Jacoby), and I have served the document by overnight mail to those attorneys who do not receive such notifications (Bregman and Duberchin):

**Andre E. Jardini, Esq.**
**KNAPP, PETERSEN & CLARKE**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**
**aej@kpclegal.com**

**Michael S. Duberchin, Esq.**
**LAW OFFICES OF MICHAEL S. DUBERCHIN**
**500 North Brand Blvd., 20th Floor**
**Glendale, CA 91203-1904**

**Glen Robert Bregman, Esq.**
**LAW OFFICES OF ROBERT BREGMAN**
**16633 Ventura Blvd., Ste. 1240**
**Encino, CA 91436**

**Keith A. Jacoby, Esq.**
**LITTLER MENDELSON**
**2049 Century Park East, 5th Floor**
**Los Angeles, CA  90067-3107**
**kjacoby@littler.com**

**s/ Sandra C. Isom**
**SANDRA C. ISOM, Bar No. 157374**
**Attorney for Defendant**
**Federal Express Corporation**
**3620 Hacks Cross Road**
**Building B, Third Floor**
**Memphis, TN  38125**
**Tel. No. (901)434-8526**
**Email: scisom@fedex.com**

Doc #712748