1   SANDRA C. ISOM, Bar No. 157374
    E-mail:  scisom@fedex.com
2   FEDERAL EXPRESS CORPORATION
    3620 Hacks Cross Road
3   Building "B", Third Floor
    Memphis, Tennessee 38125
4   Telephone:  901/434-8526
    Fax No.:      901/434-9271
5
    KEITH A JACOBY, Bar No. 150233
6   E-mail:  kjacoby@littler.com
    LITTLER MENDELSON
7   A Professional Corporation
    2049 Century Park East, 5th Floor
8   Los Angeles, CA  90067.3107
    Telephone:  310/553-0308
9   Fax No.:      310/553-5583

10
    Attorneys for Defendant
11  FEDERAL EXPRESS CORPORATION

12  ANDRÉ E. JARDINI
    E-mail:  aej@kpclegal.com
13  KNAPP, PETERSEN & CLARKE
    500 North Brand Boulevard, 20th floor
14  Glendale, CA 91203-1904
    Telephone:  818/547-5000
15  Fax No.:  818/547-5329

16  Attorneys for Plaintiff DANIEL FORRAND, on behalf
    of himself, and all others similarly situated
17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19

20  DANIEL FORRAND, ARA                    Case No. C 07 4674-TEH
21  KARAMIAN, YVETTE GREEN,
    and EUGENE COLON, on behalf of
22  themselves and all others similarly     JOINT RULE 26(f) REPORT
23  situated,
                    Plaintiffs,             CMC:         January 28, 2008
24                                          Time:        10:00 a.m.
            v.                              Trial Date:   None Set
25  FEDERAL EXPRESS
    CORPORATION,
26
27                  Defendant.
28

1         Plaintiffs and Defendant jointly file this proposed Fed. R. Civ. Proc. Rule 26(f)

2    report with the following discovery plan:

3        1) Rule 26(a)(1) disclosures shall be exchanged by January 10, 2008.

4        2) Discovery is anticipated regarding certification, liability, and damages.

5           Certification discovery deadline: September 30, 2008; Certification Expert

6           Disclosure: August 8, 2008; Certification Rebuttal Expert Disclosure:

7           September 8, 2008; Any disclosure relating to merits experts shall be

8           pursuant to Rule 26(a)(2)(C); Merits discovery cutoff and all expert

9           discovery cutoff: March 31, 2009.

10       3) The parties do not anticipate technical issues with respect to the disclosure

11          of electronically stored information or the forms in which they might be

12          requested and produced as there is flexibility with respect to how the data

13          can be produced.

14       4) The parties do not anticipate issues relating to claims of privilege or

15          protection of trial preparation materials at this time.  It is doubtful that any

16          electronic data sought will contain privilege matters or trial prep material.  If

17          privileged materials are inadvertently disclosed, the parties agree to inform

18          the other party within five business days of discovering such disclosure or

19          receipt of privileged materials by providing a copy of the information to the

20          other party.  Within two business days thereafter, the party in receipt of the

21          inadvertently disclosed privileged must inform the other party of its intent to

22          either return all copies of the inadvertently disclosed information and agree

23          to not use it.  In the event the receiving party refuses to return all copies and

24          agree not to use the information, disclosing party shall promptly seek relief

25          form the Court.

26       5) No changes in the limitations on discovery imposed under the rules should

27          be imposed.

28       6) No other orders under rule 26(c) or Rule 16 (b) and (c) are suggested.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 10, 2008

_____/s/ Sandra C. Isom_____
SANDRA C. ISOM
Federal Express Corporation

and

KEITH A. JACOBY
Littler Mendelson
A Professional Corporation

ATTORNEYS FOR DEFENDANT
FEDERAL EXPRESS COPORATION

and

Dated: January 10, 2008

____/s/  Andre  E.  Jardini_____

ANDRE E. JARDINI
Knapp, Petersen & Clarke

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on January 10, 2008, I electronically filed Defendant Federal Express
Corporation's Joint Case Management Conference Statement with the Clerk of the Court using the
4    CM/ECF system which will automatically send email notification of such filing to the attorneys of
record who receive such filings (Jardini and Jacoby), and I have served the document by overnight
5    mail to those attorneys who do not receive such notifications (Bregman and Duberchin):

6        **Andre E. Jardini, Esq.**                      **Michael S. Duberchin, Esq.**
        **KNAPP, PETERSEN & CLARKE**              **LAW OFFICES OF MICHAEL S.**
7        **500 North Brand Blvd., 20th Floor**        **DUBERCHIN**
        **Glendale, CA 91203-1904**                   **500 North Brand Blvd., 20th Floor**
8        **aej@kpclegal.com**                          **Glendale, CA 91203-1904**

9

10      **Glen Robert Bregman, Esq.**                 **Keith A. Jacoby, Esq.**
        **LAW OFFICES OF ROBERT**                 **LITTLER MENDELSON**
        **BREGMAN**                                    **2049 Century Park East, 5th Floor**
11      **16633 Ventura Blvd., Ste. 1240**            **Los Angeles, CA  90067-3107**
        **Encino, CA 91436**                          **kjacoby@littler.com**
12

13

14                          **s/ Sandra C. Isom**
                            **SANDRA C. ISOM, Bar No. 157374**
15                          **Attorney for Defendant**
                            **Federal Express Corporation**
16                          **3620 Hacks Cross Road**
                            **Building B, Third Floor**
17                          **Memphis, TN  38125**
                            **Tel. No. (901)434-8526**
18                          **Email: scisom@fedex.com**

19    Doc #712748

20

21

22

23

24

25

26

27

28