# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Daniel Forrand, et. al.,

                CASE NO. CO07-04674 TEH
      Plaintiff(s),

    v.            STIPULATION AND [PROPOSED]
                ORDER SELECTING ADR PROCESS

Federal Express Corporation,

      Defendant(s).
_____/

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
 ✓ Private ADR *(please identify process and provider)* Private mediation -

JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111; TEL 415/982-5267; FAX 415/982-5287.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

 ✓ other requested deadline within 90 days after a ruling on class certification.

Dated: 01/10/2008

                Andre E. Jardini
                **Attorney for Plaintiff**

Dated: 01/10/2008

                Sandra C. Isom
                **Attorney for Defendant**

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓ Private ADR

Deadline for ADR session
90 days from the date of this order.
✓ other   90 days after cert. ruling.

IT IS SO ORDERED.


Dated:_____                    _____

                                          UNITED STATES MAGISTRATE JUDGE