André E. Jardini (State Bar No. 71335)
aej@kpclegal.com
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Glen Robert Bregman, Esq. State Bar No. 100363
glenbregmanlaw@aol.com
LAW OFFICES OF GLEN ROBERT BREGMAN
16633 Ventura Boulevard, Suite 1240
Encino, CA 91436
Telephone: (818) 981-9793
Facsimile: (818) 981-9807

Michael S. Duberchin, Esq. (State Bar No. 108338
msdlaw@earthlink.net
LAW OFFICES OF MICHAEL S. DUBERCHIN
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone: (818) 246-8487
Facsimile: (818) 246-6277

Attorneys for Plaintiff DANIEL FORRAND, on
behalf of himself, and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN, and EUGENE COLON, on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | NO. C 07 4674-TEH<br><br>Date: 1/28/2008<br>Time: 10:00 a.m.<br>Ctrm: 12<br><br>Hearing Judge: Thelton E. Henderson<br><br>RESPONSE TO ORDER TO SHOW CAUSE BY THE COURT DATED JANUARY 2, 2008 |

## I.

## INTRODUCTION

Counsel for plaintiffs herein hereby responds to the Order to Show Cause issued by the court on January 2, 2008.

-1-

553022.1 08000/00863

Counsel, André E. Jardini, accepts full responsibility for a miscalendaring which occurred at the offices of Knapp, Petersen & Clarke concerning the opposition to the motion to transfer.

In the ordinary course of business, two methods of calendaring occur at the firm. First, the attorney and his or her secretary calendar all events on a calendar maintained on an Outlook computer calendaring system which is accessible by the attorney and secretary. Secondly, a centralized calendar department schedules all events upon receipt of documents.

The motion to transfer venue was miscalendared, on the assumption that 14 days before the hearing date was the appropriate calendar date. The secretary for André E. Jardini was on vacation for two weeks during the holiday period. She was, unfortunately, not instructed that the local rule in the Northern District is for a 21 day period, not a 14 day period. The assumption was made by the relief secretary and the calendar department that a 14 day period was the proper calendar date.[1]

It was the responsibility of counsel, André E. Jardini, to instruct office staff concerning the application of Local Rule 7-3 that opposition to motions must be filed and served not less than 21 days before the hearing date.

Because the 14 day period, which is applicable in other districts but not the Northern District, was utilized, the opposition was filed in conformance with that miscalendaring, 17 days before the hearing date.

The opposition was, for the foregoing reasons, late.

Plaintiffs' counsel, André E. Jardini, will accept personally whatever monetary sanction the court chooses to impose. Fed Ex has asked for fees and costs for an extra appearance. However, the motion hearing and case management conference are each set on January 28, 2008. There is no unnecessary appearance caused,

---

[1] In their partial defense, the Local Rules in each of the Century District, Southern District and Eastern District of California provide for a 14 day period for opposition papers.

553022.1  08000/00863

therefore, to Fed Ex counsel. It is recognized that the foregoing circumstances are, in no sense, a valid excuse for failure to follow the local rule.

In his defense, André E. Jardini, states that his practice, developed over 31 years of practice in state and federal courts in the State of California, is to file court papers on a date earlier than the required date, if at all possible, to avoid any last minute issues. Therefore, this event is particularly embarrassing.

## II.
## CONCLUSION

Complete responsibility for the tardy filing is accepted by André E. Jardini. Any monetary sanctions will be paid personally by him. An apology is made to the court and to opposing counsel for the inconvenience which has been caused.

Respectfully submitted,

Dated: January 10, 2008

KNAPP, PETERSEN & CLARKE

By: _____
André E. Jardini

KNAPP,
PETERSEN
& CLARKE

-3-

553022.1  08000/00863

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 500 North Brand Boulevard, 20th Floor, Glendale, California 91203-1904. On January 10, 2008, I caused the foregoing document(s) described as RESPONSE TO ORDER TO SHOW CAUSE BY THE COURT DATED JANUARY 2, 2008 to be served on the interested parties in this action as follows:

    by placing a true copy thereof enclosed in sealed envelope(s) addressed as stated on the attached mailing list.

[X] **BY MAIL:** I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Glendale, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

[X] **BY FED EX:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard Federal Express delivery procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2008, at Glendale, California.

    Mindy Menahen                       /s/ Mindy Menahen
  (Type or print name)                         (Signature)

KNAPP, PETERSEN & CLARKE

-4-

553022.1 08000/00863

## SERVICE LIST

Glen Robert Bregman, Esq.
Law Offices of Glen Robert Bregman
16633 Ventura Boulevard
Suite 1240
Encino, CA 91436
TEL: (818) 981-9793
FAX: (818) 981-9807
(Via U.S. Mail)

Michael S. Duberchin Esq.
Law Offices of Michael S. Duberchin
500 North Brand Boulevard
20th Floor
Glendale, CA 91203
TEL: (818) 246-8487 ; (818)222-7484
FAX: (818) 246-6277
(Via U.S. Mail)

Sandra C. Isom, Esq.
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
TEL: (901) 434-8526
FAX: (901) 434-9271
(Via Federal Express)

Keith A. Jacoby, Esq.
LITTLER MENDELSON
2049 Century Park East
5th Floor
Los Angeles, CA 90067
TEL: (310) 553-0308
FAX: (310) 553-5583
(Via Federal Express)

KNAPP, PETERSEN & CLARKE

553022.1 08000/00863