UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  January 28, 2008

**Case No:** C 07-04674 TEH

**Case Title**:  DANIEL FORRAND v. FEDERAL EXPRESS CORP.

**Appearances:**

    For Plaintiff(s): Andre Jardini

    For Defendant(s): Sandra Isom

**Deputy Clerk**:  Rowena B. Espinosa        **Court Reporter**: Lydia Zinn

## *PROCEEDINGS*

1. Hearing on Defendant's Motion to Transfer Venue - held
2. Show Cause Hearing - vacated

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     (X) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff   ( ) Defendant   (X) Court